UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>Plaintiff,<br><br>v.<br><br>S. BIBBS, et al.,<br><br>Defendants. | Case No. 1:19-cv-00316-DAD-EPG (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADING |

Raymond H. Denton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 17, 2020, the undersigned issued findings and recommendations, recommending that Plaintiff's *in forma pauperis* status be revoked. (ECF No. 24). The undersigned also ordered that:

> Defendants' responsive pleading deadline is STAYED until the district judge issues an order on these findings and recommendations. If the findings and recommendations are adopted, Defendants have fourteen days from the date Plaintiff pays the filing fee to file their responsive pleading. If these findings and recommendations are not adopted, Defendants have fourteen days from the date of service of the district judge's order to file their responsive pleading.

(Id. at 7).

On May 4, 2021, District Judge Dale A. Drozd declined to adopt the findings and recommendations. (ECF No. 32). More than fourteen days have passed, but Defendants

1

have not filed their responsive pleading.  Accordingly, the Court will give Defendants seven days from the date of service of this order to file their responsive pleading.  If Defendants fail to file their responsive pleading, the Court will direct the Clerk of Court to enter their default.

The Court also notes that "Defendants have fourteen days from the date they file their responsive pleading to either: (1) file a notice that they opt out of the early settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the early settlement conference."  (ECF No. 24, p. 7).

Accordingly, based on the foregoing, IT IS ORDERED that Defendants have seven days from the date of service of this order to file their responsive pleading.

IT IS SO ORDERED.

Dated:   **June 1, 2021**                         /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE