**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>           Plaintiff,<br><br>     v.<br><br>S. BIBBS, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00316-DAD-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 39)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT VALLEY STATE PRISON VIA E-MAIL |

On September 28, 2021, the settlement conference judge, Magistrate Judge Sheila K. Oberto, vacated the settlement conference in this case. (ECF No. 43).

Accordingly, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on August 24, 2021, which directed the Warden to produce Raymond H. Denton, CDCR #P-97536, for a settlement conference on October 5, 2021, is VACATED; and
2. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at Valley State Prison via e-mail.

IT IS SO ORDERED.

Dated:  **September 28, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE