UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. BIBBS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:19-cv-00316-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND DEADLINE TO FILE A MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>(ECF No. 51) |

On November 18, 2021, the Court ordered the parties to file their dispositive motions on the ground that Plaintiff failed to exhaust available administrative remedies by February 18, 2022, and any other dispositive motions by August 19, 2022. (ECF No. 48, p. 5). On February 18, 2022, Defendants moved to extend the deadline to file dispositive motions on the issue of exhaustion to August 19, 2022. (ECF No. 51). Defendants move for the extension because their counsel underwent three surgeries since the Court issued the scheduling order. Additionally, Plaintiff did not produce the documents the Court required the parties to produce (ECF No. 49) or inform Defendants that Plaintiff has no such documents to produce. As the list of documents Plaintiff was supposed to produce included documents pertaining to grievances filed by Plaintiff, defense counsel may need to move to compel production of these documents.

The Court has read and considered the request and counsel's accompanying declaration,

and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' motion to extend the deadline to file dispositive motions on the ground that Plaintiff failed to exhaust available administrative remedies is **GRANTED**. Defendants have until August 19, 2022, to file dispositive motions on the ground that Plaintiff failed to exhaust available administrative remedies. Plaintiff's opposition shall be filed within thirty days after Defendants' motion for summary judgment is filed. Defendants shall file their reply not more than fourteen days after Plaintiff's opposition is filed.

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  **February 22, 2022**                              /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE