UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>                                Plaintiff,<br><br>      v.<br><br>S. BIBBS, et al.,<br><br>                               Defendants. | Case No. 1:19-cv-00316-DAD-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN UPDATED REPORT RE: SETTLEMENT CONFERENCE AFTER CLOSE OF NON-EXPERT DISCOVERY<br><br>(ECF No. 56) |

The Court has received Defendants' report indicating that the parties met and conferred via telephone, and that they "agree that a settlement conference would be not be productive at this time, but will reconsider the matter after discovery is closed." (ECF No. 56, pgs. 1-2). Accordingly, the Court will not set a settlement conference at this time. However, Defendants shall file an updated report regarding whether Defendants want the Court to set a settlement conference no later than fourteen days after the close of non-expert discovery.[1]

IT IS SO ORDERED.

Dated:   **June 6, 2022**                         /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] If the Court sets a settlement conference, the parties may request an extension of any remaining deadlines.

1