UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>S. BIBBS, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00316-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 66) |

　　　　On August 16, 2022, Defendants filed a motion to modify the scheduling order. (ECF No. 66). In particular, Defendants ask the Court to extend the dispositive motion deadline to October 18, 2022. (Id. at 1). "The ground for this motion is that due to the press of other business, Defendants' counsel has not had sufficient time to review all documents necessary to prepare a motion for summary judgment." (Id. at 2). Defense counsel "needs to complete investigating Plaintiff's allegations," which includes speaking to Defendants "to verify the veracity of Plaintiff's allegations regarding Defendants' conduct during the alleged strip search of Plaintiff at issue in this case." (Id. at 3). According to the motion, this "is counsel's first request to modify the deadlines set forth in the discovery and scheduling order." (Id. at 4).

　　　　To begin, the Court notes that this case is proceeding on Plaintiff's First Amendment retaliation claim, and his allegations do not include a strip search. (ECF Nos. 11 & 16). Additionally, while this may be the current defense counsel's first motion to modify the scheduling order, the Court granted the previous defense counsel's motion to extend the deadline to file a motion for summary judgment for failure to exhaust administrative remedies. (ECF No. 52).

- 1 -

Nevertheless, the Court will extend the deadline to file dispositive motions, including motions for summary judgment for failure to exhaust, one more time.

Accordingly, IT IS HEREBY ORDERED that dispositive motions, including motions for summary judgment for failure to exhaust administrative remedies, shall be filed on or before October 18, 2022.  The deadline to file oppositions to dispositive motions is thirty days from the date the motion is filed.  The deadline to file replies to oppositions is fourteen days from the date the opposition is filed.

All other terms and conditions of the Scheduling Order remain in full force and effect.

No other extensions to this deadline will be given absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:  **August 17, 2022**                      /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE