UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>        Plaintiff,<br><br>    v.<br><br>S. BIBB, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00316-ADA-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 71) |

Raymond Denton ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is proceeding on Plaintiff's claim against defendants S. Bibb,[1] Lieutenant J. Anderson, Lieutenant T. Costa, and Associate Warden R. Chavez for retaliation in violation of the First Amendment. (ECF Nos. 11 & 16). Plaintiff alleges that these defendants retaliated against him for filing grievances. (ECF No. 9).

On September 6, 2022, Plaintiff filed his fifth motion to compel. (ECF No. 71). Plaintiff asks the Court to compel production of documents.

Plaintiff's motion will be denied as untimely. The Court originally set April 22, 2022, as the deadline for filing motions to compel. (ECF No. 48). On May 5, 2022, Plaintiff filed a request to extend the deadline for filing motions to compel until May 31, 2022. (ECF No. 53).

---

[1] While Plaintiff refers to defendant "Bibbs," according to Defendants, the proper spelling is "Bibb" (see, e.g., ECF No. 34 p. 1).

1

Plaintiff's request was granted (ECF No. 54), and Plaintiff timely filed four motions to compel (see ECF No. 63, pgs. 4-5).  On August 18, 2022, over two months after the extended motion to compel deadline, Plaintiff filed another motion for an extension of the motion to compel deadline.  (ECF No. 68).  Plaintiff's motion was denied because Plaintiff provided no explanation as to why the Court should further extend the motion to compel deadline.  (ECF No. 69).  Thus, Plaintiff's motion to compel, which was filed on September 6, 2022, is untimely.

      Accordingly, IT IS ORDERED that Plaintiff's motion to compel (ECF No. 71) is DENIED as untimely.[2]

IT IS SO ORDERED.

Dated:   **September 8, 2022**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[2] The Court notes that, while Defendants did not provide all the documents Plaintiff requested, they did provide some documents.  (See ECF No. 71, pgs. 19-84).  Moreover, Plaintiff's previous motions to compel were granted in part.  (ECF No. 63).  The Court directed defendants Costa, Anderson, and Chavez to respond to numerous requests for admission, and the requests for admission sent to defendant Bibbs were deemed admitted.  (Id.).  Additionally, on November 18, 2021, the Court ordered the parties to exchange certain relevant documents.  (ECF No. 49).