UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. DENTON,<br><br>                 Plaintiff,<br><br>          v.<br><br>S. BIBBS, *et al*.,<br><br>                 Defendants. | 1:19-cv-00316-KES-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 120) |

On April 4, 2025, Plaintiff Raymon H. Denton, *pro se*, and Defendants J. Anderson, R. Chavez, S. Bibb, and T. Costa, through their counsel, filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and fees. (ECF No. 120). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs and fees.

Accordingly, the Clerk of Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:     **April 7, 2025**                          /s/ _Erica P. Grosjean_
                                                                      UNITED STATES MAGISTRATE JUDGE

1